```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NOVA DESIGN TECHNOLOGIES,     :    CIVIL ACTION
LTD.                          :
                              :
          v.                  :
                              :
MATTHEW K. WALTERS, et al.    :    NO. 10-7618
```

### AMENDED MEMORANDUM

McLaughlin, J.                                      June 28, 2012

The Memorandum Opinion of June 27, 2012 in the above-captioned matter is amended as follows:

The first paragraph under Section A of page 14 shall now read:

> The plaintiff has withdrawn a number of claims that it had brought against Dale Walters and Brian Guerra. Nova has withdrawn Counts II, III, and IV as against Dale Walters. Pl.'s Opp. 20; Tr. Hr'g 5/9/12 at 84. It has also withdrawn Count IV as against Guerra. Id. at 88. Finally, the plaintiff concedes that its correction-of-inventorship claim in Count VI is properly directed at Matthew Walters, who is the named inventor in the '157 Patent. Id. at 84-85. The remaining claims against the individual defendants are thus: (1) Counts II and III, against Matthew Walters and Brian Guerra; (2) Count IV, against Matthew Walters; (3) Count V, against all individual defendants; and (4) Count VI, against Matthew Walters.

The final sentence of Section III.A.1 on page 20 shall now read:

The individual defendants' motion will be granted as to Brian Guerra and Matthew Walters on Counts II, III, and V, and as to Matthew Walters on Count IV.

An appropriate order shall issue separately.